**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF WISCONSIN**

**PAYMENT ADVICES COVER SHEET**
in Accordance With 11 U.S.C. Sec. 521(a)(1)(B)(iv)

| In re: | Case No. 3-19-13610 |
|---|---|
| Michael R. Bauer | Chapter 7 |
| Kathleen R. LaRocque | |
| Debtor(s) | |

*Please check the appropriate box.*

**For Debtor:**

☐  Payment advices (pay stubs) are attached.

■  No payment advices (pay stubs) are attached (the debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition).

☐  No payment advices (pay stubs) attached for other reason, or some payment advices missing (please explain). ___

**For Joint Debtor, if applicable:**

■  Payment advices (pay stubs) are attached.

☐  No payment advices (pay stubs) are attached (the debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition).

☐  No payment advices (pay stubs) attached for other reason, or some payment advices missing (please explain). ___

I declare under penalty of perjury that I have read this payment advices cover sheet and the attached payment advices, consisting of ___ sheets, numbered 1 through ___, and that they are true and correct to the best of my knowledge, information, and belief.

Signature of Debtor: /s/ M R Bauer                Date: **November 11, 2019**
Signature of Joint Debtor: /s/ K R LaRocque      Date: **November 11, 2019**

March 2006

| University of Wisconsin System<br>660 W WASHINGTON AVE STE 201<br>MADISON, WI 53703-4703 | Pay Group: ARG<br>Business Unit: UWMSN<br>Advice #: 000000011133189 | Pay Begin Date: 09/01/2019<br>Pay End Date: 09/30/2019<br>Payment Date: 10/01/2019 | | |
|---|---|---|---|---|
| | | **TAX DATA:** | **Federal** | **WI State** |
| KATHLEEN R LAROCQUE<br>919 SHOREWOOD BLVD<br>MADISON, WI 53705-2116 | Employee ID: 00056245<br>Department: A464000<br>Location: VILAS COMMUNICATION HALL<br>Job Title: DIR, UNSPECIFIED (8)<br>Pay Rate: $7,916.667 | Marital Status:<br>Allowances:<br>Addl. Percent:<br>Addl. Amount: | Married<br>2 | Married<br>2 |

### HOURS AND EARNINGS

| | | | | Current | | YTD | | 
|---|---|---|---|---|---|---|---|
| Description | EmplID | EmplRec | Rate | Hours | Earnings | Hours | Earnings |
| FAASLI Reg - No IC/Tea | 00056245 | 0 | | | 7,916.67 | | 79,166.70 |
| **TOTAL:** | | | | | **7,916.67** | | **79,166.70** |

### TAXES

| | Tax Wages | | Deductions | |
|---|---|---|---|---|
| Description | Current | YTD | Current | YTD |
| Fed OASDI/EE | 7,697.67 | 76,976.70 | 477.26 | 4,772.56 |
| Fed OASDI/ER* | 7,697.67 | 76,976.70 | 477.26 | 4,772.56 |
| Fed MED/EE | 7,697.67 | 76,976.70 | 111.61 | 1,116.16 |
| Fed Withholdng | 7,179.13 | 71,791.30 | 627.16 | 6,271.60 |
| Fed Med/ER* | 7,697.67 | 76,976.70 | 111.61 | 1,116.16 |
| WI Withholdng | 7,179.13 | 71,791.30 | 421.92 | 4,219.20 |

* Employer amount (not included in totals)

| **TOTAL:** | | | **1,637.95** | **16,379.52** |
|---|---|---|---|---|

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Quartz UW Health w/Dental | 219.00 | 2,190.00 |
| Wisconsin Retirement System | 518.54 | 5,185.40 |
| **TOTAL:** | **737.54** | **7,375.40** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Park UW Madison | 0.00 | 36.00 |
| **TOTAL:** | **0.00** | **36.00** |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Quartz UW Health w/Dental | 1,449.92 | 14,499.20 |
| Wisconsin Retirement System | 605.63 | 6,056.30 |
| * Taxable | | |
| **TOTAL:** | **2,055.55** | **20,555.50** |

| | TOTAL GROSS | TOTAL EMPLOYEE TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|
| Current | 7,916.67 | 1,637.95 | 737.54 | 5,541.18 |
| YTD | 79,166.70 | 16,379.52 | 7,411.40 | 55,375.78 |

**MESSAGE:**

### NET PAY DISTRIBUTION

| Checking | SUMMIT CREDIT UNION | 5,541.18 |
|---|---|---|
| **TOTAL:** | | **5,541.18** |

| University of Wisconsin System<br>660 W WASHINGTON AVE STE 201<br>MADISON, WI 53703-4703 | | Pay Group:<br>Business Unit:<br>Advice #: | ARG<br>UWMSN<br>000000011234381 | | Pay Begin Date:<br>Pay End Date:<br>Payment Date: | 10/01/2019<br>10/31/2019<br>11/01/2019 | |
|---|---|---|---|---|---|---|---|
| | | | | | **TAX DATA:** | Federal | WI State |
| KATHLEEN R LAROCQUE<br>919 SHOREWOOD BLVD<br>MADISON, WI 53705-2116 | Employee ID:<br>Department:<br>Location:<br>Job Title:<br>Pay Rate: | 00056245<br>A464000<br>VILAS COMMUNICATION HALL<br>DIR, UNSPECIFIED (8)<br>$7,916.667 | | | Marital Status:<br>Allowances:<br>Addl. Percent:<br>Addl. Amount: | Married<br>2 | Married<br>2 |

## HOURS AND EARNINGS

| | | | | Current | | YTD | | 
|---|---|---|---|---|---|---|---|
| Description | EmplID | EmplRec | Rate | Hours | Earnings | Hours | Earnings |
| FAASLI Reg - No IC/Tea | 00056245 | 0 | | | 7,916.67 | | 87,083.37 |
| **TOTAL:** | | | | | **7,916.67** | | **87,083.37** |

## TAXES

| | Tax Wages | | Deductions | |
|---|---|---|---|---|
| Description | Current | YTD | Current | YTD |
| Fed OASDI/EE | 7,697.67 | 84,674.37 | 477.25 | 5,249.81 |
| Fed OASDI/ER* | 7,697.67 | 84,674.37 | 477.25 | 5,249.81 |
| Fed MED/EE | 7,697.67 | 84,674.37 | 111.62 | 1,227.78 |
| Fed Withholdng | 7,179.13 | 78,970.43 | 627.16 | 6,898.76 |
| Fed Med/ER* | 7,697.67 | 84,674.37 | 111.62 | 1,227.78 |
| WI Withholdng | 7,179.13 | 78,970.43 | 421.92 | 4,641.12 |

* Employer amount (not included in totals)

**TOTAL:** 1,637.95    18,017.47

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Quartz UW Health w/Dental | 219.00 | 2,409.00 |
| Wisconsin Retirement System | 518.54 | 5,703.94 |
| **TOTAL:** | **737.54** | **8,112.94** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Univ Insurance Assoc Life | 24.00 | 24.00 |
| Park UW Madison | 0.00 | 36.00 |
| **TOTAL:** | **24.00** | **60.00** |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Quartz UW Health w/Dental | 1,449.92 | 15,949.12 |
| Wisconsin Retirement System | 605.63 | 6,661.93 |
| * Taxable | | |
| **TOTAL:** | **2,055.55** | **22,611.05** |

| | TOTAL GROSS | TOTAL EMPLOYEE TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|
| Current | 7,916.67 | 1,637.95 | 761.54 | 5,517.18 |
| YTD | 87,083.37 | 18,017.47 | 8,172.94 | 60,892.96 |

**MESSAGE:** Start now to save for your future with the UW TSA 403(b) Program ¿ www.wisconsin.edu/tsa

### NET PAY DISTRIBUTION

| Checking | SUMMIT CREDIT UNION | 5,517.18 |
|---|---|---|
| **TOTAL:** | | **5,517.18** |